UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 01, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CHRISTOPHER FORBES,**<br><br>Defendant. | CRIMINAL NO.<br>MAGISTRATE NO.<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)<br><br>18 U.S.C. § 922(g)(9)<br>(Unlawful Possession of a Firearm and Ammunition by a Person Convicted in any Court of a Misdemeanor Crime of Domestic Violence)<br><br>22 D.C. Code § 4503.01<br>(Unlawful Discharge of a Firearm)<br><br>FORFEITURE:<br>18 U.S.C. § 924(d), 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On April 5, 2025, within the District of Columbia, **CHRISTOPHER FORBES,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Prince George's County Circuit Court, Criminal Case No: 16-CR-23-443, did unlawfully and knowingly receive and possess a firearm, that is a Smith and Wesson, SD40 VE, .40 caliber pistol, bearing serial number FWL6220, and did unlawfully and knowingly receive and possess two rounds

of .40 caliber ammunition, all of which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On April 5, 2025, within the District of Columbia, **CHRISTOPHER FORBES**, knowing he had previously been convicted of a misdemeanor crime of domestic violence, that is Simple Assault, in violation of D.C. Code § 22-404, against K.T. in case 2022 DVM 000303 (on or about April 16, 2023), did unlawfully and knowingly receive and possess a firearm, that is a Smith and Wesson, SD40 VE, .40 caliber pistol, bearing serial number FWL6220, and did unlawfully and knowingly receive and possess two rounds of .40 caliber ammunition, all of which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted in any Court of a Misdemeanor Crime of Domestic Violence**, in violation of Title 18, United States Code, 922(g)(9))

## COUNT THREE

On April 5, 2025, within the District of Columbia, **CHRISTOPHER FORBES** did unlawfully discharge and set off a firearm without a valid permit to do so.

**(Unlawful Discharge of a Firearm**, in violation of 22 D.C. Code, Section 4503.01 (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: one Smith and Wesson, SD40 VE, .40 caliber pistol bearing serial number FWL6220, and two rounds of .40 caliber ammunition.

2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Edward R. Martin Jr./DTH*
Attorney of the United States in
and for the District of Columbia.